[Civ. No. 4529.   Fourth Dist.   Aug. 19, 1952.]

DOROTHY L. WYLAND, Respondent, v. CHARLES LEO WYLAND, Appellant.

Rutan, Tucker, Howell & Tucker for Appellant.

James E. Walker for Respondent.

THE COURT.—This is a petition for a writ of supersedeas to restrain the sale of certain real property, pursuant to an order of sale included in a judgment, pending the appeal from that judgment.

The appellant having failed to comply with section 945 of the Code of Civil Procedure, and no sufficient reason having been shown why a stay was not perfected in accordance therewith, the petition must be denied.   (*Guardianship of Morro,* 14 Cal.2d 134 [92 P.2d 1012].)

The writ is denied and the order to show cause heretofore issued is discharged.